■ In the Matter of the Arbitration between BUFFALO TEACHERS FEDERATION, INC., Respondent, and BOARD OF EDUCATION OF CITY SCHOOL DISTRICT OF CITY OF BUFFALO, Appellant. [858 NYS2d 619]—Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered April 13, 2007 in a proceeding pursuant to CPLR article 75. The order and judgment granted the petition and confirmed the arbitration award and denied the cross petition to vacate the arbitration award.

It is hereby ordered that the order and judgment so appealed

from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Lunn, Fahey, Peradotto and Gorski, JJ.